

**Certified as a true copy and issued as the mandate on May 03, 2023**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 11, 2023
Lyle W. Cayce
Clerk

———————

No. 22-30705
Summary Calendar

———————

Exceptional Dental of Louisiana, L.L.C.; Bam Management Group, L.L.C.; Affordable Smiles of Baton Rouge, L.L.C.; Affordable Smiles of Hammond, L.L.C.,

*Plaintiffs—Appellants*,

*versus*

Bankers Insurance Company,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-3

_____

Before King, Higginson, and Willett, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 22-30705

IT IS FURTHER ORDERED that Appellants pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.